**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000289
12-SEP-2022
07:50 AM
Dkt. 69 OAWST**

NO. CAAP-21-0000289


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ST. FRANCIS MEDICAL CENTER,
Petitioner-Appellee,
v.
DF, Respondent-Appellee,
and
TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP dba
KAMEHAMEHA SCHOOLS, Respondents-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Case No. 1CSP-21-0000017)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Nakasone and McCullen, JJ.)


Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation)** filed September 6, 2022, by Respondents-Appellants Trustees of the Estate of Bernice Pauahi Bishop dba Kamehameha Schools, the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs;

(3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, September 12, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge